```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

RENATA SEIFERT, ET AL.,

    Plaintiffs,

VS.

LASIK VISION INSTITUTE,

    Defendant.
                                                      NO. 04-2336-MaP

RENATA SEIFERT, ET AL.,

    Plaintiffs,

VS.

MUSA HOLDINGS, INC., ET AL.,

    Defendants.

---

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULE

Before the court is the June 10, 2005, joint motion of the parties to amend the schedule in this matter. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing discovery related to the issue of class certification and whether the Rule 23 requirements are met is July 10, 2005.

2. Defendants' deadline for responding to outstanding written discovery is July 10, 2005.

3. Plaintiffs' deadline for filing a motion for class certification is August 10, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-15-05



4.  Defendants' deadline for responding to a motion for class certification is September 10, 2005.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of June, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02336 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT