IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟋⟍ D.C.

05 NOV -1 PM 4:29

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| RENATA SEIFERT, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civ. No. 04-2336-B/P |
| LASIK VISION INSTITUTE, | ) | |
| Defendant. | ) | |
| RENATA SEIFERT, et al. | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| MUSA HOLDINGS, et al. | ) | |
| Defendants. | ) | |

ORDER AMENDING SCHEDULING ORDER

Before the court is plaintiffs and defendants Joint Motion to
Amend Scheduling Order, filed April 1, 2005 (Dkt #37).  For good
cause shown and no opposition to, the motion is hereby GRANTED.

The instruction that the parties engage in court annexed
attorney mediation or private mediation regarding plaintiff's
claims by April 1, 2005, is therefore waived.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05

(44)

The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 1, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02336 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT