IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1  PM 4: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| RENATA SEIFERT, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civ. No. <u>04-2336-B/P</u> |
| LASIK VISION INSTITUTE, | ) | |
| Defendant. | ) | |
| RENATA SEIFERT, et al. | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| MUSA HOLDINGS, et al. | ) | |
| Defendants. | ) | |

## ORDER AMENDING SCHEDULING ORDER

Before the court is plaintiffs and defendants Joint Motion for Amend Scheduling Order, filed April 27, 2005 (Dkt #38). For good cause shown and no opposition to, the following deadlines are hereby established:

1. Discovery related to the issue of class certification and whether the Rule 23 requirements are met: July 10, 2005

2. Deadline for Plaintiffs to file motion for class certification: July 10, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on <u>11-2-05</u>



3. Deadline for Defendants to respond to class certification: August 10, 2005

The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 31, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02336 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT